United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16971-elf
Tanya Orguidia Vazquez                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 1           Date Rcvd: Sep 27, 2017
                          Form ID: pdf900       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.
```
db          +Tanya Orguidia Vazquez,    4023 Glendale Street,    Philadelphia, PA 19124-5319
13801639    +Full Service Network,    600 Grant Street, Floor 30,    Pittsburgh, PA 15219-2709
13801640     Jefferson Capital Syst,    15 McLeland Road,    Saint Cloud, MN 56303
13801641    +Nora Viggiano, Esquire,    KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
13801644    +PGW/ Bankruptcy Department,    800 W. Montgomey Avenue,    Philadelphia, PA 19122-2806
13884138    +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, PA 17101-1466
13801645    +US Bank National Association,    211 North Front Street,    PO Box 15057,
              Harrisburg, PA 17105-5057
13801646     Water Revenue Bureau,    P.O. Box 41496,    Philadelphia, PA 19101-1496
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Sep 28 2017 01:32:49     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:32:16      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2017 01:32:45      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13884463    +E-mail/Text: bankruptcy@phila.gov Sep 28 2017 01:32:49      City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13801642    +E-mail/Text: blegal@phfa.org Sep 28 2017 01:32:35     PA Housing Finance Agency,    PO Box 8029,
              Harrisburg, PA 17105-8029
13801643    +E-mail/Text: bankruptcygroup@peco-energy.com Sep 28 2017 01:32:05      PECO,
              Bankruptcy Department,    2301 Market Street,    Philadelphia, PA 19103-1338
13801647    +E-mail/Text: bnc-bluestem@quantum3group.com Sep 28 2017 01:33:09      Webbank/Finger Hut,
              6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:
```
              MARK W. ADAMS    on behalf of Debtor Tanya  Orguidia Vazquez mark-law@comcast.net,
               mark-law2@comcast.net
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA ORGUIDIA VAZQUEZ　　　　　　　　　Chapter 13

　　　　　Debtor　　　　　　Bankruptcy No. 16-16971-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 27, 2017**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK W ADAMS ESQ
219 RACE ST
SUITE B
PHILA, PA 19106-

Debtor:
TANYA ORGUIDIA VAZQUEZ

4023 GLENDALE STREET

PHILADELPHIA, PA 19124